AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| OKEEM WILLIAMS | ) | Case No: 99-CR-6090 |
| | ) | USM No: |
| Date of Previous Judgment: August 14, 2001 | ) | Joel Krane, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __120 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 32                      Amended Offense Level: 30
Criminal History Category: II                   Criminal History Category: II
Previous Guideline Range: 135 to 168 months     Amended Guideline Range: 108 to 135 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):   Based on a sentencing guideline range of 135 to 168 months, the Court previously sentenced the defendant to 135 months. With an amended sentencing guideline range of 108 to 135 months, the Court sentences the defendant to 120 months, which is the statutory minimum.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __8/14/2001__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 25, 2008                         /s/ Charles J. Siragusa
                                                    Judge's signature

Effective Date:  March 24, 2008                     CHARLES J. SIRAGUSA, U.S. DISTRICT JUDGE
         (if different from order date)             Printed name and title